IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIHAD AL-HAKIM PURDY,** | Case No. 2:17-cv-02518 TLN CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **ROBERT FOX, et al.,** | |
| Defendants. | |

The Court, having considered Defendants Rhinehart and Scott's motion for an extension of time to file waivers of service of process, and good cause appearing, finds as follows:

The motion is granted. **IT IS HEREBY ORDERED THAT** the deadline for Defendants Rhinehart and Scott to file waivers of service of process in this matter is set as December 12, 2018.

Dated: November 26, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1