UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIHAD AL-HAKIM PURDY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FOX, et al.,<br><br>Defendants. | No. 2:17-cv-2518 TLN CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion asking that the court order officials at plaintiff's prison to return all of his personal property which was apparently confiscated on February 2 when plaintiff was placed in segregated housing. Plaintiff asserts he needs at least some of the property to complete the confidential settlement statement which was due February 22. Because plaintiff fails to specifically identify which property items he needs and why, plaintiff's motion will be denied. However, if plaintiff requires a copy of his first amended complaint at the settlement conference, or other documents from the court's file, those documents will be made available to plaintiff.

/////
/////
/////
/////

Accordingly, IT IS HEREBY ORDERED that "Plaintiff's Motion to Receive Documents" (EFC No. 31) is denied.

Dated: February 27, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
purd2518.prop